FELONY

AO 91 (Rev. 02/09) Criminal Complaint

United States Courts
Southern District of Texas
FILED
*October 14, 2021*
Nathan Ochsner, Clerk of Court

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States of America )
v. )
Ruben Dario HERNANDEZ )
) Case No. B-21-MJ-973
)
)
)

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date of **October 13, 2021** in the county of **Cameron** in the **Southern** District of **Texas**, the defendant violated **18** U. S. C. § **554 and 371** an offense described as follows:

Knowingly conspired to export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for the exportation contrary to any law or regulation of the United States, to wit: one (1) .22 caliber rifle, 1120 rounds of 7.62x39mm ammunition and 200 rounds of .223 caliber ammunition.

This criminal complaint is based on these facts:

On October 13, 2021, United States Customs and Border Protection Officers (CBPOs) working outbound lanes at the Brownsville & Matamoros Port of Entry, Brownsville, TX, stopped a gray BMW coup for inspection as it attempted to depart the United States. The driver, identified as Ruben Dario HERNANDEZ, gave CBPOs a negative declaration for firearms and other contraband. CBPOs searched the vehicle and officers discovered a man-made compartment at the driver's side rocker panel of the vehicle. Inside the rocker panel, CBPO's discovered one (1) .22 caliber rifle, 1120 rounds of 7.62x39mm ammunition and 200 rounds of .223 caliber ammunition. Homeland Security Investigations (HSI) special agents interviewed HERNANDEZ and HERNANDEZ stated that he concealed the rifle and ammunition inside the rocker panel of the vehicle, and he was going to deliver the rifle and ammunition to unknown persons in Matamoros, Tamaulipas, Mexico. HERNANDEZ further stated he knew it was illegal to smuggle firearms and ammunition into Mexico and that he has never applied for a license to export said items.

☐ Continued on the attached sheet

GEORGE W LOPEZ
Digitally signed by GEORGE W LOPEZ
Date: 2021.10.14 01:22:14 -05'00'

*Complainant's signature*

SA George Lopez
*Printed name and title*

Submitted by reliable electronic means, sworn to, and signature attested to telephonically pursuant to Fed.R.Crim.4.1 on October 14, 2021.

Date: October 14, 2021

*Judge's signature*

City and state: Brownsville, Texas

Ronald G. Morgan, Magistrate Judge
*Printed name and title*